(2) All parties shall bear their own costs.

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.*

*This case was not selected for publication in the Federal Reporter*

*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

VASTFAME CAMERA, LTD., Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Fuji Photo Film Co. Ltd., Intervenor.

No. 06–1151.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2006.

Before NEWMAN, MAYER, and BRYSON, Circuit Judges.

**JUDGMENT**

PER CURIAM

This CAUSE having been heard and considered, it is

Stephen J. NYESTE, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2006–7381.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2006.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.